UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Thomas P. Brown

Debtor(s)

Case No. 24-16677 / MBK

Hearing Date: September 11, 2024  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

- **IRS priority claim estimated for 2021 and 2022 taxes and GUC claim estimated for 2018 and 2020 taxes.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

    /s/    Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney