UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

Thomas P  Brown                          CHAPTER: 13
1358 Hooper Ave, Apt 124                 CASE NUMBER: 24-16677
Toms River, NJ 08753                     CLAIM AMOUNT: $1897.28


Debtors.

━━━━━━━━━━━━━━━━━━━━━━━━━


### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM


COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim #12, filed 8/13/2024, in the amount of $1897.28.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 14th day of August, 2024.


Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

### **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Thomas P  Brown<br>1358 Hooper Ave, Apt 124<br>Toms River, NJ 08753 |
| Debtor's Attorney: | Robert Cameron  Legg<br>2240 Hwy 33 Suite 112<br>Neptune, NJ 07753 |
| Chapter 13 Trustee: | Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 |

by submitting electronically with the court.

This 14th day of August, 2024.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314