UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Seymour Wasserstrum, Esq. SW2734
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
mylawyer7@aol.com

In Re:

Mariah Hernandez

Case No.: _____23-11643_____

Judge: _____JNP_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☐ Motion for Relief from the Automatic Stay filed by _____,
     creditor,

     A hearing has been scheduled for _____, at _____.

     ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

     A hearing has been scheduled for _____, at _____.

     ☐ Certification of Default filed by _____Andrew B. Finberg_____,

     I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

     ☐ Payments have been made in the amount of $ _____, but have not
     been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ **Other (explain your answer):**
I need time to figure out the best course of action whether I should continue with this case or convert to a chapter 7. At this point, I would like to continue with my chapter 13 bankruptcy until I make a final decision.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 03/13/2024                                        /s/ Mariah Hernandez
                                                        Debtor's Signature

Date: _____                                    _____
                                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*